# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

GERALD H. SKINNER,   Appellant,

                V.                    CASE NUMBER: 6:06CV935(WKS)

MARY D. SKINNER,   Appellee.


[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.


IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of APPELLEE against APPELLANT affirming Order of the Bankruptcy Court pursuant to the Order of the Hon. William K. Sessions III, filed on October 29, 2007.


DATED:   October 29, 2007

                                                      Clerk of Court

LKB:lmp